UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-23504-CIV-MARTINEZ

MONIQUE JACKSON and ARMOND
JACKSON, as parents and natural
Guardians of R.J. (a minor),

    Plaintiffs,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    THE MATTER comes before this Court upon Magistrate Judge Becerra's Paperless Report and Recommendation (the "R&R"), (ECF No. 48). In the R&R, Magistrate Judge Becerra recommended that the deadline by which the parties shall exchange expert witness summaries and reports set forth in this Court's Order Extending Pretrial Deadlines, (ECF No. 33), be extended further to Wednesday, September 15, 2022. (ECF No. 48.) This Court has reviewed the entire file and record and notes that no objections have been filed and the time to do so has passed. After careful consideration, it is:

    ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 41), is AFFIRMED and ADOPTED. Accordingly, it is ADJUDGED that:

    1.    The following deadline set forth in this Court's Order Extending Pretrial Deadlines, (ECF No. 33), is modified:

    9-15-2022    The parties shall exchange expert witness summaries and reports.

    2.    The remaining deadlines set forth in this Court's Order Extending Pretrial Deadlines, (ECF No. 33), remain in effect.

    DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of September, 2022.

                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record